JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER CHARLES BITTICK, ) | Case No. EDCV 20-1192-JPR |
| Plaintiff, ) | |
| v. ) | **J U D G M E N T** |
| KILOLO KIJAKAZI, Acting ) Commissioner of Social ) Security, ) | |
| Defendant. ) | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order remanding the case is GRANTED; (2) the Acting Commissioner's request for an order affirming her final decision is DENIED; (3) judgment is entered in Plaintiff's favor; and (4) on remand the Acting Commissioner must award benefits for the applicable period.

DATED: January 20, 2022

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE